JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MEJIA LEVERON,<br><br>                Plaintiff,<br><br>      v.<br><br>SERGEANT FONTAIN, et al.,<br><br>                Defendants. | Case No. EDCV 13-804-ABC (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 14, 2014

_/s/ Audrey B. Collins_
HONORABLE AUDREY B. COLLINS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge